IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ELLIS CENALES                                                                                         PLAINTIFF

v.                                              CIVIL ACTION NO. 1:25-cv-00123-TBM-BWR

HARRISON COUNTY SHERIFFS OFFICE, et al.                             DEFENDANTS

FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference,

IT IS, HEREBY, ORDERED AND ADJUDGED that this cause is DISMISSED WITHOUT PREJUDICE for failure to obey the Court's Orders and to prosecute.

SO ORDERED AND ADJUDGED, this the 22nd day of August, 2025.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE